# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SATICOY BAY LLC SERIES 6709 BRICK HOUSE; CACTUS SPRINGS AT FAIRFAX VILLAGE HOMEOWNERS ASSOCIATION; HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | Case No. 2:15-cv-1852-APG-PAL<br><br>**ORDER CERTIFYING CASE TO NEVADA ATTORNEY GENERAL** |

Based upon the Notice of Constitutional Challenge (Dkt. #10) filed by the plaintiff in this case, the Court concludes that some of plaintiff's arguments call into question the constitutionality of certain provisions of Chapter 116 of the Nevada Revised Statutes. Pursuant to 28 U.S.C. §2403(b) and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that the constitutionality of Chapter 116 of the Nevada Revised Statutes has been called into question in this action. Pursuant to Rule 5.1(c), the Attorney General for the State of Nevada has sixty (60) days from the date of this Order to intervene in this action, if it chooses to do so.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall mail a copy of this Order to the Attorney General for the State of Nevada, via certified mail, return receipt requested, at each of the following addresses:

> Hon. Paul Laxalt
> Office of the Attorney General
> 100 North Carson Street
> Carson City, Nevada 89701

Hon. Paul Laxalt
Office of the Attorney General
Grant Sawyer Building
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

**IT IS FURTHER ORDERED** that the parties shall forthwith serve a copy of this Order upon the Attorney General for the State of Nevada.

DATED this 13th day of October, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE