ROBERT S. LARSEN, ESQ,
Nevada Bar No. 7785
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
GORDON & REES LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: rlarsen@gordonrees.com
          asurur@gordonrees.com

*Attorneys for Cactus Springs at
Fairfax Village Homeowners Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SATICOY BAY LLC SERIES 6709 BRICK HOUSE; CACTUS SPRINGS AT FAIRFAX VILLAGE HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br> Defendants. | Case No.: 2:15-cv-01852 APG-PAL |

**STIPULATION TO EXTEND TIME FOR CACTUS SPRINGS AT FAIRFAX VILLAGE HOMEOWNERS ASSOCIATION TO RESPOND TO COMPLAINT (Doc.**

**(First Request)**

Pursuant to Local Rules 6-1, 6-2 and 7-1, the parties, by and through their attorneys of record, stipulate as follows:

1. Carrington Mortgage Services, LLC ("Carrington") filed a complaint against Cactus Springs at Fairfax Village ("Cactus Springs") on September 25, 2015. Doc. 1.

2. On information and belief, service of process was completed on Cactus Springs on October 1, 2015, making its response to the complaint due October 22, 2015.

3. Cactus Court has retained counsel and now requires additional time to prepare a

-1-

1  response to the complaint.

2      4. Therefore, the parties agree to extend Cactus Court's deadline to response to the

3  complaint to **November 6, 2015**.

| | |
|---|---|
| DATED: October 14, 2015 | DATED: October 14, 2015 |
| BLACK & LOBELLO | GORDON & REES LLP |
| */s/ Maximiliano D. Couvillier* <br> Maximiliano D. Couvillier, III, Esq. (SBN 7661) <br> 10777 West Twain Avenue, Suite 300 <br> Las Vegas, Nevada 89135 | */s/ Ashlie L. Surur* <br> Robert S. Larsen, Esq. (SBN 7785) <br> Ashlie L. Surur, Esq. (SBN 11290) <br> 3770 Howard Hughes Parkway, Suite 100 <br> Las Vegas, Nevada 89169 |
| *Attorneys for Carrington Mortgage Services, LLC* | *Attorneys for Cactus Springs at Fairfax Village Homeowners Association* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 27, 2015