ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Carrington Mortgage Services, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>                       Plaintiff,<br>vs.<br><br>SATICOY BAY LLC SERIES 6709 BRICK HOUSE; CACTUS SPRINGS AT FAIRFAX VILLAGE HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS, LLC.<br><br>                       Defendants. | Case No.: 2:15-cv-01852-APG-PAL<br><br>**JOINT STIPULATION AND ORDER TO LIFT STAY** |
| SATICOY BAY LLC SERIES 6709 BRICK HOUSE,<br><br>                       Counter-claimant,<br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC,<br><br>                       Counter-defendant. | |

1

46130106;1

SATICOY BAY LLC SERIES 6709 BRICK HOUSE,

                Cross-claimant,

vs.

CACTUS SPRINGS AT FAIRFAX VILLAGE HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS, LLC,

                Cross-defendant.

Carrington Mortgage Services, LLC (**Carrington**) and Saticoy Bay, LLC Series 6709 Brick House (**Saticoy Bay**), stipulate and agree as follows:

1. The Nevada Supreme Court answered the certified question in case no. 72931 on August 2, 2018.

2. The parties stipulate to lift the stay previously entered by this court as ECF No. 109.

3. The parties stipulate that dispositive motions shall be refiled within thirty (30) days after the order approving this stipulation is entered.

DATED this 17th day of August, 2018.

| AKERMAN LLP | LAW OFFICE OF MICHAEL F. BOHN |
|---|---|
| /s/Natalie L. Winslow<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Carrington Mortgage Services, LLC* | /s/Michael F. Bohn<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br><br>*Attorney for Saticoy Bay LLC Series 6709 Brick House* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 17, 2018

2

46130106;1