MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorney for Saticoy Bay LLC, Series
6709 Brick House

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC.<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 6709 BRICK HOUSE; CACTUS SPRINGS AT FAIRFAX VILLAGE HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS, LLC.<br><br>Defendants.<br><br>SATICOY BAY LLC SERIES 6709 BRICK HOUSE,<br><br>Counter-claimant,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC.,<br>Counter-defendant. | CASE NO.: 2:15-cv-01852-APG-PAL<br><br>**STIPULATION AND ORDER FOR DEFENDANT SATICOY BAY LLC SERIES 6709 BRICK HOUSE TO FILE A COUNTER-MOTION FOR SUMMARY JUDGMENT** |

1

| |
|---|
| SATICOY BAY LLC SERIES 6709 BRICK HOUSE, |
|       Cross-claimant |
| vs. |
| CACTUS SPRINGS AT FAIRFAX VILLAGE HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS, LLC. |
|       Cross-defendant |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Carrington Mortgage Services, LLC ("**Carrington**"), by and through its attorney Natalie L. Winslow, Esq., and defendant Saticoy Bay LLC Series 6709 Brick House ("**Saticoy Bay**"), by and through its attorney, the Law Offices of Michael F. Bohn, Esq., Ltd., as follows:

    1. On August 17, 2018, this court entered an order lifting the stay in this matter [ECF No. 121].

    2. As part of the stay order, the parties stipulated that dispositive motions would be filed within 30 days after the order approving the stipulation was entered, or September 17, 2018.

    3. Carrington filed its motion for summary judgment on September 17, 2018.

    4. Saticoy Bay wishes to file its motion for summary judgment as a counter-motion.

/ / /

/ / /

/ / /

5. Accordingly, the parties hereby stipulate that Saticoy Bay be permitted to file an opposition and counter-motion for summary judgment to Carrington's motion for summary judgment.

DATED this 18th day of September, 2018.

| AKERMAN, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
|---|---|
| By: /s/ Natalie L. Winslow, Esq./<br>Ariel E. Stern, Esq.<br>Natalie L. Winslow, Esq.<br>1635 Village Center Circle, Ste 200<br>Las Vegas, NV 89134<br>Attorney for plaintiff | By: /s/ Michael F. Bohn, Esq.<br>Michael F. Bohn, Esq.<br>Adam R. Trippiedi, Esq.<br>2260 Corporate Cir, Suite 480<br>Henderson, Nevada 89074<br>Attorney for defendant Saticoy Bay LLC |

IT IS SO ORDERED this 19th day of September, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE