# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Plaintiff<br><br>v.<br><br>SATICOY BAY, LLC SERIES 6709 BRICK HOUSE, et al.,<br><br>Defendants | Case No.: 2:15-cv-01852-APG-BNW<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of plaintiff Carrington Mortgage Services, LLC's response (ECF No. 136),

IT IS ORDERED that the order to show cause (ECF No. 134) is deemed satisfied, and I will not dismiss this action for lack of subject matter jurisdiction at this time.

DATED this 20th day of May, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE